UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| TSC, Inc., | ) | C/A No.: 6:14-cv-02285-GRA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | (Written Opinion) |
| Amerisure Mutual Insurance Company | ) | |
| and Peerless Insurance Company, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on defense attorney Phillip E. Reeves's Request for Protection from Court Appearance for the time period Friday, October 10, 2014 through Tuesday, October 28, 2014. ECF No. 16. For the reasons stated below, this Court DENIES Defendant's Request. Accordingly, Mr. Reeves, attorney for the defendant, Amerisure Mutual Insurance Company, is not protected from appearing before the Court for this time period.

As per Judge Anderson's filing preferences, No. 9, entitled "Protection Requests and Extensions of Time," states that parties should "not request protection from trial or other court appearances **unless** a hearing date has been scheduled during the time period for which protection is requested." There are no hearings on this matter during the time period that Mr. Reeves requests protection from appearing before this Court. Accordingly, the Request for Protection from Court Appearance for the time period Friday, October 10, 2014 through Tuesday, October 28, 2014 is denied.

**IT IS SO ORDERED.**

 

                                                */s/ G. Ross Anderson, Jr.*

                                                G. Ross Anderson, Jr.
                                                Senior United States District Judge

August  22 , 2014
Anderson, South Carolina